# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Mater of | : | No. 2605 Disciplinary Docket No. 3 |
| | : | |
| LENARD FREDRICK COLLETT | : | No. 68 DB 2019 |
| | : | |
| | : | Attorney Registration No. 150064 |
| | : | |
| | : | (Montgomery County) |

## ORDER

**PER CURIAM**

   **AND NOW**, this 27th day of May, 2020, on certification by the Disciplinary Board that Lenard Fredrick Collett, who was suspended on consent for a period of six months, has filed a verified statement showing compliance with the order of suspension and Pa.R.D.E. 217, Lenard Fredrick Collett shall be returned to inactive status in the Commonwealth.